

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00379-CV

| | | |
|---|---|---|
| HARRIET NICHOLSON, Appellant | § | On Appeal from the 342nd District Court |
| V. | | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CWMBS REFORMING LOAN REMIC TRUST CERTIFICATES SERIES 2005-R2; MELANIE COWAN; BANK OF AMERICA, N.A.; RECONTRUST COMPANY, N.A.; COUNTRYWIDE HOME LOANS, INC., AND DAVID STOCKMAN, Appellees | §<br><br>§<br><br>§ | of Tarrant County (342-262692-12)<br><br>March 31, 2022<br><br>Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
    Justice Mike Wallach